UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENALDO JOHN SONSINI, II | : | CIVIL NO: 1:20-CV-00392 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| LEBANON COUNTY, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER
February 16, 2021

For the reasons set forth in the Memorandum Opinion filed concurrently

with this Order, **IT IS ORDERED** that the Lebanon County Defendants' motion

(*doc. 14*) to dismiss the amended complaint is **GRANTED IN PART** and

**DENIED IN PART** as follows:

(1)  All the 42 U.S.C. § 1983 claims against defendant Lebanon County are

dismissed without prejudice;

(2)  All the 42 U.S.C. § 1983 claims against defendants Phillips, Ames, Litz,

Wolgemuth, Karnes, Hauck, Folton, Loyola, Eby, Kane, Davis, Nasr, and Barrette

in their official capacities are dismissed without prejudice;

(3)  All the 42 U.S.C. § 1983 claims against defendants Phillips, Ames, Litz,

Wolgemuth, Karnes, Barrette, Loyola, Nasr, Eby, and Davis in their individual/

personal capacities are dismissed without prejudice;

(4)  All the 42 U.S.C. § 1983 claims against defendant Hauck in his individual/personal capacity except the Eighth Amendment claim against defendant Hauck based on an ongoing denial of medical care are dismissed without prejudice;

(5)  All the 42 U.S.C. § 1983 claims against defendants Folton and Kane in their individual/personal capacities except the Eighth Amendment claim that they failed to provide Sonsini a diet in accordance with his medical needs are dismissed without prejudice;

(6)  All the ADA and RA claims against all the defendants are dismissed without prejudice;

(7)  The claims for compensatory damages based on the Pennsylvania Constitution are dismissed with prejudice;

(8)  All the claims against defendants Matias, Cresini, Powers, Ardire, Santoni, Garbaz, Clements, Nurse Tammy, and the John and Jane Doe defendants are dismissed without prejudice;

(9)  The claims for injunctive and declaratory relief and attorney's fees are dismissed with prejudice.

**IT IS FUTHER ORDERED** that Sonsini may file a second amended complaint within 28 days of the date of this Order.

_**S/Susan E. Schwab**_
Susan E. Schwab
United States Magistrate Judge