UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RENALDO JOHN SONSINI, II | : | CIVIL NO: 1:20-CV-00392 |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| LEBANON COUNTY, *et al.*, | : | |
| Defendants. | : | |

**<u>ORDER</u>**
July 22, 2021

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that this action is dismissed pursuant to Fed. R. Civ. P. 41(b) given that Sonsini has abandoned this action.

<u>*S/Susan E. Schwab*</u>
Susan E. Schwab
United States Magistrate Judge